UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CADDO EAST ESTATES I, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:12-cv-00107-GMN-RJJ |
| | ) |
| TCI DEDEAUX ROAD, INC., and | ) **ORDER** |
| TRANSCONTINENTAL REALTY | ) |
| INVESTORS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pending before the Court is Plaintiff Caddo East Estates I, Ltd.'s ("Caddo") Second Motion to Sever Claims Against Transcontinental Realty Investors, Inc., Remand the Severed Case to the State Court, and Deny Transcontinental Realty Investors, Inc.'s Motion to Transfer Venue. (ECF No. 20.)  Defendant Transcontinental Realty Investors, Inc. filed a Response (ECF No. 27); however, Defendant TCI Dedeaux Road, Inc. did not.

**I.   BACKGROUND**

This case was originally filed in the 68th District Court, Dallas County, Texas. Subsequently, the case was removed to the United States District Court for the Northern District of Texas.  Thereafter, the case was transferred to the United States District Court for the District of Nevada because of a bankruptcy proceeding involving one of the parties.  Caddo then filed this motion to sever the case and remand the action against TCI Dedeaux Road, Inc.

**II.   DISCUSSION**

Pursuant to LCR 7-2(d) Local Rule of the United States District Court for the District of Nevada, every motion filed in the District of Nevada must include a memorandum of points and authorities.  Moreover, the rule explicitly states that "[t]he failure of a moving party to file

points and authorities in support of the motion shall constitute a consent to the denial of the motion." LCR 7-2(d).  Thus, Caddo's motion to sever and remand is denied with leave to re-file in accordance with LCR 7-2.

### III.  CONCLUSION

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Sever Claims Against Transcontinental Realty Investors, Inc., Remand the Severed Case to the State Court, and Deny Transcontinental Realty Investors, Inc.'s Motion to Transfer Venue (ECF No. 20) is **DENIED.**

**DATED** this 27th day of August, 2012.

_____
Gloria M. Navarro
United States District Judge