UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Caddo East Estates I, Ltd<br><br>        Plaintiff<br><br>V.<br><br>TCI Dedeaux Road Inc. and<br>Transcontinental Realty Investors,<br>Inc.<br><br>        Defendants | Case No. 2:12-cv-00107-GMN |

**STIPULATION OF JUDGMENT**

    Come Now Caddo East Estates I, Ltd., TCI Dedeaux Road Inc., and Transcontinental Realty Investors, Inc. and stipulate, as evidenced by the signatures of their counsel below, that the judgment may be entered as follows:

    ORDERED that plaintiff, Caddo East Estates I, Ltd, recover from defendant, Transcontinental Realty Investors, Inc., the amount of $2,284,982.12, which includes prejudgment interest through July 31, 2012, at the rate of 18% per annum, with a per diem of $1,126.84, plus post judgment interest at the rate of 18% per annum, along with costs.

    FURTHER ORDERED that as to defendant TCI Dedeaux Road Inc., this civil action is dismissed without prejudice, to plaintiff's right to refile it at a later date.

**ORDER AND JUDGE'S SIGNATURE ARE ON PAGE TWO OF THIS STIPULATION OF JUDGMENT.**

Agreed:

_/s/ Stephen Sakonchick_
Stephen Sakonchick, II
Attorney for Caddo East Estates I, Ltd

1

_____
Dennis M. Holmgren
Attorney for Transcontinental Realty Investors, Inc.


_____
Mitchell Madden
Attorney for TCI Dedeaux Road Inc.

## ORDER

**IT IS SO ORDERED** this 7th day of November, 2012.

_____
Gloria M. Navarro
United States District Judge